# In the United States Court of Federal Claims

No. 05-633C
Filed: August 16, 2005

| | |
|---|---|
| THOMPSON MANOR, A GE PARTNERSHIP, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

The August 11, 2005 joint motion to stay proceedings until conclusion of ADR proceedings in related cases pending before the Honorable Marian Blank Horn, is hereby **GRANTED**.

**IT IS SO ORDERED**.

s/ Susan G. Braden
SUSAN G. BRADEN
Judge